UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff,

v.        **CASE NUMBER:**    3:17CR00065 JD

**BRENDAN R. EILER**

        Defendant.

_____/

### DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Brendan R. Eiler, submits the following for the Court's consideration at the sentencing herein:

### I. The Sentencing Guidelines

The United States Probation Office has recommended that, based on a Criminal History Category I and a Total Offense Level of 30. Mr. Eiler's sentencing guideline range should be 97 to 121 months. Neither party has objected to that calculation.

### II. Proposed Conditions of Supervision

The undersigned has reviewed the proposed conditions of supervision with Mr. Eiler. The Defendant has no objections to the proposed conditions of supervision.

### III. Sentencing Factors under 18 U.S.C. § 3553(a) for the Court's Consideration

A.  Family History

Mr. Eiler was born in Arizona. He resided in Ohio until the age of 14 when he moved to South Bend, Indiana, with his family. His parents divorced when he was 7 years old, due to his

1

Father's alcoholism. His Mother re-married and Mr. Eiler has a good relationship with his Stepfather. Mr. Eiler continues to have a good relationship with his Mother and his three (3) siblings.

Mr. Eiler has two (2) children, Samantha age five (5) and Nathan age (3) with Crystal Crider. Mr. Eiler was residing with his Mother, who had guardianship over Mr. Eiler's children, and Crystal Crider.

Mr. Eiler currently resides with Ms. Crider and the parties' children. He continues to provide daily care for their children under the supervision of Ms. Crider.

### B. Education and Employment

Mr. Eiler attended Mishawaka High School through the 10th grade. He plans to obtain his GED.

Mr. Eiler has a stable work history. Mr. Eiler worked at Town & Country Shopping Centre as a maintenance man for the five (5) years before his arrest. Town & Country terminated his employment, because of his arrest on the instant offense. He is presently unemployed.

### C. Offense Conduct

Mr. Eiler has demonstrated clear and unequivocal acceptance of responsibility for his conduct related to this offense.

Mr. Eiler reports being exposed to child pornography while searching for adult pornography. After his initial exposure, he did begin to search for child pornography online utilizing both Torrent and EMule programs. Mr. Eiler admittedly downloaded a large number of images that contained child pornography; however, Mr. Eiler did not view all of these images

2

before downloading them and likely did not view all of the images recovered by the authorities.

Mr. Eiler's viewed child pornography with his significant other, which helped him "rationalize and normalize" his behavior.

Upon being confronted by authorities, Mr. Eiler fully cooperated with the authorities and provided a detailed statement regarding his activities associated with downloading and viewing child pornography.

### D. Substance Abuse History

Mr. Eiler has experimented with various controlled substances, including Ecstasy, LSD, and cocaine. He began using marijuana at the age fifteen (15) and started using Adderall at the age of twenty (20). His marijuana and Adderall usage continued on a daily basis until his arrest. Although he experimented with alcohol at the age of 16, Mr. Eiler has consumed alcohol infrequently as an adult.

Mr. Eiler has come to appreciate the role that his substance usage played in his commission of the instant offense. He recognizes that his future success is dependent upon becoming substance free and he has remained so while on pretrial supervision.

### E. Physical Health and Mental Health

Mr. Eiler is in good physical health and has no history of physical health problems. Mr. Eiler also has no history of mental health issues.

Mr. Eiler recognizes that he would benefit from psycho-therapy to address the issues that contributed to his viewing child pornography.

F. <u>Pretrial Release and Plan for the Future</u>

Mr. Eiler has had no issues while on pretrial supervision and has accepted that he will be incarcerated, as a result of the instant offense. He has experienced significant anxiety, due to his impending incarceration. As an individual that has lead a previously law abiding life, his current situation has had a profound impact on him and he regrets that it will result in a continuing financial hardship on his family.

Despite all of this, Mr. Eiler looks forward to being released from incarceration and resuming a normal and productive life, so that he can support and care for his family.

## IV. Defendant's Recommended Sentence

While the Court must first correctly calculate the sentencing guidelines, the Court decides the appropriate sentence under 18 U.S.C. § 3553. *United States v. Booker*, 543 U.S. 220 (2005). The United States Sentencing Commission Sourcebook for 2016 states that nearly 68.9% of individuals sentenced for child pornography offenses receive a below guideline sentence, with the typical downward departure being a 30.3 to 51.1 % reduction when considering *Booker* and 18 U.S.C. § 3553.

As Judge Miller previously found, "nearly all child pornography cases involve images of prepubescent minors (96.6%) and nearly all child pornography cases involve the use of a computer (96.4%)." Sentencing Memorandum, *United States v. Whorwell*, ECF 52. As a result, these factors are no longer helpful in distinguishing the seriousness of one case from another.

Rather factors that favor a lesser sentence for Mr. Eiler would include the lack of evidence that would suggest that Mr. Eiler organized, maintained, and protected a "collection" over time. *See Id.* Likewise, it does not appear that Mr. Eiler had an "extensive engagement with

4

other offenders devoted to child pornography and child sexual exploitation." *See Id.* Mr. Eiler has no history of "engaging in sexually abusive, exploitative, or predatory conduct." *See Id.* Finally, Mr. Eiler when confronted by law enforcement, admitted his involvement with child pornography and fully discussed his viewing of child pornography with the investigating officers.

Under the circumstances of this case, a sentence of sixty (60) months, which represents the minimum mandatory sentence, followed by five (5) years of supervised release, with no fine, as Mr. Eiler is indigent, is an appropriate and reasonable sentence under the factors enumerated under 18 U.S.C. § 3553(a).

Dated:   July 23, 2018.

>                              Northern District of Indiana
>                              Federal Community Defenders, Inc.
>
> By:    /s/ Peter L. Boyles
>        Peter L. Boyles, Staff Attorney
>        227 S. Main Street, Suite 100
>        South Bend, IN 46601
>        Phone: (574) 245-7393
>        Fax: (574) 245-7394
>        Email: peter_boyles@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following, **John M. Maciejczyk**, Assistant United States Attorney.

>                              /s/ Peter L. Boyles
>                              Peter L. Boyles, Staff Attorney
>                              Northern District of Indiana
>                              Federal Community Defenders, Inc.