UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:17-CR-65 JD |
| | ) | |
| BRENDAN R. EILER | ) | |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM REGARDING RESTITUTION

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through John Maciejczyk, Assistant United States Attorney, and submits the following supplemental sentencing memorandum regarding restitution in this case:

Restitution is mandatory in this case. PSR ¶ 75. The Plea Agreement called for the defendant to pay "$5,000 restitution to each identified victim of the child pornography that I received and or possessed as described above, up to a maximum of $50,000." Plea, ¶ 9(c). Fifteen requests for restitution totaling 22 victims have been received. The government has coordinated with the representatives of these victims, and the government requests that the Court enter a restitution judgment as follows:

1. **Jan_Socks series**: $2,500 for each victim should be made payable to Carol L. Hepburn, in trust for "Sierra," Sally," "Skylar," and "Savannah" (individually) and that payments be mailed to their offices at Carol L. Hepburn, P.S., 200 First Avenue West, Suite 550, Seattle, WA 98119, on behalf of that victim;

2. **At School series:** $2,500 should be made payable to Carol L. Hepburn, in trust for "Violet" and that payments be mailed to their offices at Carol L. Hepburn, P.S., 200 First Avenue West, Suite 550, Seattle, WA 98119, on behalf of that victim;

3. **Marineland series:** $2,500 should be made payable to Carol L. Hepburn, in trust for "Sarah" and that payments be mailed to their offices at Carol L. Hepburn, P.S., 200 First Avenue West, Suite 550, Seattle, WA 98119, on behalf of that victim;

4. **Lily series:** $2,500 should be made payable to Carol L. Hepburn, in trust for "Lily" and that payments be mailed to their offices at Carol L. Hepburn, P.S., 200 First Avenue West, Suite 550, Seattle, WA 98119, on behalf of that victim;

5. **Sweet Sugar series**: $2,500 for each victim should be made Deborah A. Bianco, in trust for "Pia," Ava," and "Mya"

2

(individually), and that payments be mailed to their offices at Deborah A. Bianco, P.S., 14535 Bellevue-Redmond Rd., Suite 201, Bellevue, WA 98007, on behalf of that victim;

6. **Lighthouse series:** $5,000 should be made payable to Deborah A. Bianco, in trust for "*Maureen*", and that payments be mailed to their offices at Deborah A. Bianco, P.S., 14535 Bellevue-Redmond Rd., Suite 201, Bellevue, WA 98007, on behalf of that victim;

7. **Cinderblock Blue series:** $2,500 should be made payable to Marsh Law Firm PLLC in trust for "*Jane*" and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

8. **Teal&PinkPrincess series:** $2,500 should be made payable to Marsh Law Firm PLLC in trust for "*Raven*" and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

9. **Jenny series:** $2,500 should be made payable to Marsh Law Firm PLLC in trust for "*Jenny*" and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

10. **Lighthouse series:** $2,500 should be made payable to Marsh Law Firm PLLC in trust for "*Casseaopeia*" and mailed to Marsh

Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

11. **Jessica series:** $2,500 should be made payable to Marsh Law Firm PLLC in trust for "*Jessica*" and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

12. **Blues Pink series:** $2,500 each victim should be made payable to Marsh Law Firm PLLC in trust for "*Erin*" and "*Flora*" (individually) and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

13. **PinkHeartSisters series:** $2,500 each victim should be made payable to Marsh Law Firm PLLC in trust for "*Erica*" and "*Tori*" (individually) and mailed to Marsh Law Firm PLLC, 548 Market St., #65135, San Francisco, CA 94104-5401;

14. **Cindy series:** $2,500 should be made payable to Cusack, Gilfillan & O'Day, LLC in trust for "*Cindy*" and mailed to Cusack, Gilfillan & O'Day, LLC, 415 Hamilton Blvd., Peoria, IL, 61602;

15. The final victim has requested that neither her pseudonym nor her representative's address appear in any public document. Therefore that final victim will be identified in a sealed filing.

The plea agreement called for only $50,000 in restitution to be awarded. The above requests amount to $55,000. The undersigned has consulted with defense counsel, who represented that the defendant would not object to the additional $5,000.

Dated: August 1, 2018

                          Respectfully submitted,

                          THOMAS L. KIRSCH II
                          UNITED STATES ATTORNEY


            BY:   /s/ John Maciejczyk
                    John Maciejczyk
                    Assistant United States Attorney
                    M01 Robert A. Grant Federal Bldg.
                    204 S. Main Street
                    South Bend, Indiana  46601
                    Tel:   (574) 236-8287
                    Fax:  (574) 236-8155
                    E-mail:  John.Maciejczyk@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and electronically served a copy thereby on counsel for defendant.

                                           s/ Morgan Talos
                                          United States Attorney's Office
                                          204 S. Main Street, Room M01
                                          South Bend, IN 46601
                                          (574) 236-8287