UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff,

v.        **CASE NUMBER:**    3:17CR00065 JD

**BRENDAN R. EILER**

        Defendant.
_____/

### DEFENDANT'S RESPONSE TO GOVERNMENT'S RESTITUTION REQUEST

Defendant, Brendan R. Eiler, through counsel, Peter L. Boyles, informs the Court that Defendant has no objection to the proposed restitution in the amount of Fifty-five thousand dollars ($55,000.00), which exceeds the amount contained within the Petition to Enter a Guilty Plea (DE 28).

Defendant further does not dispute that the individuals seeking restitution in this matter are entitled to receive restitution, as the Government has provided Defendant with sufficient information to support each individual's claim for restitution.

Dated:   August 2, 2018.

                      Northern District of Indiana
                      Federal Community Defenders, Inc.

        By:    /s/ Peter L. Boyles
                      Peter L. Boyles, Staff Attorney
                      2929 Carlson Drive, Suite 101
                      Hammond, Indiana 46323
                      Phone: (219) 937-8020
                      Fax: (219) 937-8021
                      Email: peter_boyles@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 2, 2018</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following, **John M. Maciejczyk**, Assistant United States Attorney.

/s/ Peter L. Boyles
Peter L. Boyles, Staff Attorney
Northern District of Indiana
Federal Community Defenders, Inc.
