UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:17-CR-65 JD |
| | ) | |
| BRENDAN R. EILER | ) | |

**GOVERNMENT'S NOTICE REGARDING RESTITUTION**

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through John Maciejczyk, Assistant United States Attorney, and submits the following notice regarding restitution in this case:

The government has received the agreement of the final victim in the case (Number 15 in its Supplemental Sentencing Memorandum filed August 1, 2018, R. 60) that the amount of $2500 restitution is acceptable.

Dated: August 3, 2018

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY


BY:  /s/ John Maciejczyk
John Maciejczyk
Assistant United States Attorney
M01 Robert A. Grant Federal Bldg.
204 S. Main Street
South Bend, Indiana  46601
Tel:   (574) 236-8287
Fax:  (574) 236-8155
E-mail:  John.Maciejczyk@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and electronically served a copy thereby on counsel for defendant.

 s/ John M. Maciejczyk
United States Attorney's Office
204 S. Main Street, Room M01
South Bend, IN 46601
(574) 236-8287

2