UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 3:17-CR-065-JD |
| ) | |
| BRENDAN R. EILER ) | |

## ORDER FOR DISMISSAL

The court GRANTS the government's motion to dismiss [docket #59] and ORDERS Count 2 of the Indictment DISMISSED as to defendant Brendan R. Eiler.

SO ORDERED.

ENTERED: August 6, 2018

/s/ JON E. DEGUILO
Judge
United States District Court