# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:17-CR-65 |
| | ) | |
| BRANDON R. EILER | ) | |

## ORDER

In consideration of the speedy administration of justice and pursuant to N.D. Ind. L.R. 40-1(f)(1), this action is reassigned to Judge Cristal C. Brisco.

SO ORDERED on July 28, 2025.

 /s/ HOLLY A. BRADY
CHIEF JUDGE
UNITED STATES DISTRICT COURT